| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Evan S. Cohen, COHEN MUSIC LAW<br>1180 South Beverly Drive. Suite 510, Los Angeles, CA 90035-1157<br>(310) 556-9800<br>Bridget B. Hirsch, BYRNES HIRSCH P.C.<br>2272 Colorado Blvd., #1152, Los Angeles, CA  90041<br>(323) 387-3413 | |
| ATTORNEY(S) FOR:  Plaintiffs JAMES REID and WILLIAM REID | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JAMES REID, an individual, and WILLIAM REID, an individual, both doing business as The<br>Plaintiff(s),<br>v.<br>WARNER MUSIC GROUP CORP., a Delaware corporation; and DOES 1 through 10, inclusive,<br>Defendant(s) | CASE NUMBER:<br>2:21-cv-04806<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs JAMES REID and WILLIAM REID_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| None other than the named parties. | |

June 14, 2021                                          /s/ Evan S. Cohen
_____                 _____
Date                                                        Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs JAMES REID and WILLIAM REID