EVAN S. COHEN, ESQ. (SBN 119601)
esc@manifesto.com
104 West Anapamu Street, Suite K
Santa Barbara, CA 93101
Phone: (805) 837-

BYRNES HIRSCH P.C.
Bridget B. Hirsch (SBN 257015)
bridget@byrneshirsch.com
2272 Colorado Blvd., #1152
Los Angeles, CA  90041
(323) 387-3413

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JAMES REID, an individual, and WILLIAM REID, an individual, both doing business as The Jesus and Mary Chain,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER MUSIC GROUP CORP., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-04806-DMG (SKx)<br><br>**DECLARATION OF EVAN S. COHEN REGARDING ORDER RE HEARING ON MOTION TO WITHDRAW BY PLAINTIFFS' COUNSEL**<br><br>Date:  December 10, 2021<br>Time:  4:00 p.m.<br>Courtroom: 8C<br>Hon. Dolly M. Gee, presiding<br><br>Date Filed: June 14, 2021<br>Trial Date: August 9, 2022 |

## **DECLARATION OF EVAN S. COHEN**

I, EVAN S. COHEN, hereby declare as follows:

I am an attorney duly licensed to practice law in the State of California, I am admitted to practice in this Court, and am counsel of record for plaintiffs William Reid ("William") and James Reid ("James") in the above-captioned action. I submit this declaration in support of the Motion to Withdraw as Attorneys of Record for James Reid and William Reid. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

1.     I received the Order re Hearing on Motion to Withdraw by Plaintiffs' Counsel (the "Order") yesterday afternoon, December 8, 2021; I then served it via email directly to (1) plaintiff William Reid; (2) plaintiff James Reid; (3) David McBride; and (4) Sally Marsden, plaintiffs' solicitor in the United Kingdom.  I have filed a proof of service, as directed by the Court in the Order.

2.     I heard from Mr. McBride early this morning via email, and I have also exchanged several emails with him today. Without divulging any privileged matters, I can inform the Court that I believe, based upon his statements to me about the law firms involved in his search, that Mr. McBride has been diligent in assisting plaintiffs in finding new counsel.

3.     At approximately 1:20 p.m. today, Mr. McBride informed me that plaintiffs have secured new counsel, namely, Edwin F. McPherson, Esq. of McPherson LLP.

4.     I am presently in contact with Mr. McPherson, and we are currently working on the substitution of attorney documentation, and my understanding is that these documents will be filed prior to the hearing, set for tomorrow afternoon.

///

///

1        I declare under penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct.

3        Executed this 9th day of December, 2021, at Santa Barbara, California.

4

5                       /s/ Evan S. Cohen

6                       Evan S. Cohen

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28