```
1   Neema Amini
2   neema@aminiconant.com
    AMINI & CONANT, LLP
3   408 West 11th Street
4   5th Floor
    Austin, TX 78701
5   (512) 222-6883
6   Attorneys for Plaintiffs

7
    Rollin A. Ransom (SBN 196126)
8   rransom@sidley.com
9   SIDLEY AUSTIN LLP
    555 West Fifth Street
10  Suite 4000
11  Los Angeles, CA 90013
    (213) 896-6000
12  Attorneys for Defendant
```

13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES REID, an individual, and WILLIAM REID, an individual, both doing business as The Jesus and Mary Chain,<br><br>         Plaintiffs,<br><br>v.<br><br>WARNER MUSIC GROUP CORP., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.: 2:21-cv-04806-SPG-SK<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs James Reid and William Reid d/b/a The Jesus and Mary Chain and Defendant Warner Music Group Corp., through their respective counsel of record, stipulate to dismissal with prejudice of this action in its entirety, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully Submitted,

Dated:  March 2, 2023         AMINI & CONANT, LLP

By: /s/ *Neema Amini*
Neema Amini
Attorneys for Plaintiffs

Dated:  March 2, 2023         SIDLEY AUSTIN LLP

By: /s/ *Rollin A. Ransom*
Rollin A. Ransom
Attorneys for Defendant

The filer, Rollin A. Ransom, attests that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

/s/ *Rollin A. Ransom*
Rollin A. Ransom